IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GABRIEL Q. FRAZIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:21-CV-523-WHA-SMD ) |
| MONTGOMERY COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation of the United States Magistrate Judge entered on November 3, 2021. Doc. 16. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 22nd day of November 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE